**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:                         December 7, 2012
Courtroom Deputy:    J. Chris Smith
FTR Technician:         Kathy Terasaki

_____

Civil Action No. 12-cv-02707-RPM

ALAN LOFTON and                                                                           Christi A. Sanders
ALNTCB, INC.,

      Plaintiff,

v.

FEDEX GROUND PACKAGE SYSTEM, INCORPORATED      John C. Snyder
                                                                                                          David J. Schaller

      Defendant.
_____

**COURTROOM MINUTES**
_____

**Hearing on Pending Motions**

**10:00 a.m.**      **Court in session.**

Plaintiff present.

Mr. Synder answers questions asked by the Court re: RPS Inc. and arbitration not waived.

10:03 a.m.      Argument by Ms. Sanders.

**ORDERED:    Defendant's Partial Motion to Dismiss [11], is denied.**

                    **Defendant's Motion to Compel Arbitration [12], is granted and case is stayed pending determination of arbitration.**

**10:10 a.m.**      **Court in recess.**

Hearing concluded. Total time: 10 min.