**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Senior District Judge Richard P. Matsch**

Date:                            December 7, 2012
Courtroom Deputy:   J. Chris Smith
FTR Technician:        Kathy Terasaki

_____

Civil Action No. 12-cv-02707-RPM

| | |
|---|---|
| ALAN LOFTON and<br>ALNTCB, INC., | Christi A. Sanders |
| Plaintiff, | |
| v. | |
| FEDEX GROUND PACKAGE SYSTEM, INCORPORATED | John C. Snyder<br>David J. Schaller |
| Defendant. | |

_____

**COURTROOM MINUTES**
_____

**Hearing on Pending Motions**

**10:00 a.m.        Court in session.**

Plaintiff present.

Mr. Synder answers questions asked by the Court re: RPS Inc. and arbitration not waived.

10:03 a.m.        Argument by Ms. Sanders.

**ORDERED:   Defendant's Partial Motion to Dismiss [11], is denied.**

**Defendant's Motion to Compel Arbitration [12], is granted and case is stayed pending determination of arbitration.**

**10:10 a.m.        Court in recess.**

Hearing concluded.  Total time: 10  min.