IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-02707-RPM

ALAN LOFTON and
ALNTCB, INC.,

      Plaintiff,

v.

FedEx GROUND PACKAGE SYSTEM, INCORPORATED,

      Defendants.

_____

ORDER TO COMPEL ARBITRATION AND FOR STAY
_____

      Pursuant to the hearing held today on the defendant's motion to compel arbitration, filed October 18, 2012, [12] and the defendant's partial motion to dismiss, also filed October 18, 2012, [11], it is

      ORDERED that the fourth and sixth claims for relief of the plaintiff's amended complaint will be submitted to arbitration and it is

      FURTHER ORDERED that the motion for partial dismissal is denied and it is

      FURTHER ORDERED that further proceedings in this civil action are stayed pending resolution of the arbitration.

      DATED: December 7th, 2012

                          BY THE COURT:

                          s/Richard P. Matsch

                          _____
                          Richard P. Matsch, Senior District Judge