IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-02707-RPM

ALAN LOFTON and
ALNTCB, INC.,

      Plaintiffs,
v.

FedEx GROUND PACKAGE SYSTEM, INCORPORATED,

      Defendant.

_____

ORDER GRANTING MOTION TO WITHDRAW
_____

According to the hearing held today on plaintiffs' motion to withdraw filed on February 14, 2013, plaintiffs' counsel William S. Finger and Christi A. Sanders appearing for the plaintiffs and Mark T. Clouatre appearing for the defendant and there being no appearance by Alan Lofton or a corporate representative of ALNTCB, Inc., despite this Court's order requiring such appearance, and Ms. Sanders having explained an inability to contact Alan Lofton and this case having been stayed pending arbitration, a process which counsel started, and Mr. Lofton having the ability to participate in arbitration for himself and the corporation without counsel, it is now

ORDERED that the motion is granted and the attorneys appearing for the plaintiffs in this civil action have no further responsibility for the representation of the plaintiffs in this action and shall notify Mr. Lofton of the procedures necessary for him to participate for himself and the corporation in the arbitration proceeding.

DATED: March 27th, 2013

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge