IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No 1:12-cv-02707-RPM-KLM

Alan Lofton and ALNTCB, Inc.,
       Plaintiffs,

v.

FedEx Ground Package System,
Incorporated,

       Defendant.

---

**ORDER GRANTING DISMISSAL WITH PREJUDICE**

---

      Having considered the stipulation of the parties, the Court hereby dismisses this case with prejudice, with each of the parties to bear its own attorney fees and costs.

    Dated: July 1st, 2013

                                   BY THE COURT:

                                   s/Richard P. Matsch
                                   _____
                                   Richard P. Matsch, Senior District Judge